IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CYNTHIA YATES,

        Plaintiff

vs.

COBB COUNTY SCHOOL DISTRICT, Cobb County School District Police Officer Charles R. Rogers, Katelyn Beer, Donnie Griggers, Renae Kiger, Kristin King, and Gillian Moody, Arthur O'Neill

        Defendants

Civil Action No. _____

1: 15-CV-3211

## COMPLAINT

(1) Plaintiff's Complaint is contained in Plaintiff's Initial Disclosures included herein.

Dated this 14th day of September, 2015

Respectfully submitted,

Cynthia Yates, Pro Se
5725 Brookstone Walk NW
Acworth, Georgia 30101
phone: 770-821-8618
email: cynyat@gmail.com

1